UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| IN RE:<br><br>LEAVE OF ABSENCE REQUEST<br>PATRICIA G. RHODES<br>January 15 through January 16, 2015 | Case Nos.: CR113-220, A. Tagui, et al.<br>CR113-260, J. C. Dashillas<br>CR114-030, S.R. Roberts<br>CR114-043, A. L. Ingram<br>CR114-066, P. E. Hallman<br>CR114-067, D. R. Jeffers<br>CR114-094, C. Oliver<br>CR114-095, M. L. Hamilton<br>CR114-096, J. G. Ramos<br>CR114-100, D. L. Hilton<br>CR114-103, K. M. Neal<br>CR114-104, S. C. Stiddon<br>CR114-121, B. W. Johnson |

## ORDER

Upon consideration of the Motion for Leave of Absence filed by the United States of America in the above-cited cases on behalf of Assistant United States Attorney Patricia G. Rhodes for January 15 through January 16, 2015, for a personal out of state trip, the same is hereby GRANTED.

This 23rd day of December, 2014.

_____
J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

1