IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

UNITED STATES OF AMERICA      *
                              *
                              *
        v.                    *
                              *     CR 114-043
                              *
ADRIAN LABAR INGRAM.          *
                              *
                              *

**O R D E R**

This cause comes before the Court on its own initiative. In April 2014, Defendant Ingram was indicted for possession with the intent to distribute controlled substances. (Doc. 1.) Defendant eventually pleaded guilty, and the Court entered judgment against him on April 16, 2015. (Doc. 50; Doc. 67.) Prior to entering his guilty plea, Defendant retained Mr. Martin Puetz as counsel, and Mr. Puetz is still listed as counsel of record. Defendant, however, has filed multiple motions and requests since his judgment, and Mr. Puetz has not signed any of these filings. Defendant's post-judgment filings include a notice of appeal (Doc. 68), a request for court-appointed counsel (Doc. 69),[1] a request to proceed in forma pauperis (Doc. 75), and a "Motion to Reinstate Appeal." (Doc. 77.)

---

[1] The Court denied Defendant's request for appointed counsel because Mr. Puetz was still listed as retained counsel. (Doc. 72.)

When Mr. Puetz notified the Court that he would be representing Defendant, he received a notice from the Court regarding the representation. (Doc. 6.) That notice informed Mr. Puetz: (1) that the Court expected Mr. Puetz to "represent the defendant until the conclusion of the case"; (2) that "a convicted defendant's case is not concluded until his direct appeal is decided"; and (3) that his "withdrawal from a pending case must be approved" by the Court. (Id.) Mr. Puetz does not appear to be assisting Defendant in his appeal, but he has not moved to withdraw as counsel of record. Accordingly, the Court **ORDERS** Mr. Puetz to provide the following information by **5:00 p.m. on October 28, 2015**:

    (1) whether Mr. Puetz still represents Defendant Ingram in this matter;

    (2) if he no longer represents Defendant Ingram, when and why he ceased the representation; and

    (3) if he no longer represents Defendant Ingram, why he did not file the proper motion with the Court upon termination of the representation.

**ORDER ENTERED** at Augusta, Georgia this 15th day of October, 2015.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

2